IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LATANYA FRAZIER, Individually and on**                                           **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                          No.    4:24-cv-940-LPR

**BAPTIST HEALTH, d/b/a BAPTIST HEALTH**
**MEDICAL CENTER – DREW COUNTY**                                       **DEFENDANT**

## NOTICE OF APPEARANCE—SEAN SHORT

COMES NOW Attorney Sean Short of Sanford Law Firm, PLLC, and he does hereby enter his appearance on behalf of Plaintiff. Mr. Short certifies that he is a member in good standing of the Bar of the Eastern District of Arkansas and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiff's other attorneys.

                                                                      Respectfully submitted,

                                                                      **ATTORNEY SEAN SHORT**

                                                                      SANFORD LAW FIRM, PLLC
                                                                      Kirkpatrick Plaza
                                                                      10800 Financial Centre Pkwy, Suite 510
                                                                      Little Rock, Arkansas 72211
                                                                      Telephone: (800) 615-4946
                                                                      Facsimile: (888) 787-2040

                                                                      Sean Short
                                                                      Ark. Bar No. 2015079
                                                                      sean@sanfordlawfirm.com