## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| **LATANYA FRAZIER, individually and on behalf of all others similarly situated,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**BAPTIST HEALTH, d/b/a BAPTIST HEALTH MEDICAL CENTER – DREW COUNTY,**<br><br>        **Defendant.** | **Case No. 4:24-CV-940-LPR** |

### UNOPPOSED MOTION TO STAY CASE PROCEEDINGS

Defendant Baptist Health, d/b/a Baptist Health Medical Center – Drew County ("Baptist Health"), pursuant to Federal Rule of Civil Procedure 6(b), and L.R. 6.2, moves this Court for an order staying these proceedings, including Baptist Health's deadline to respond to Plaintiff Latanya Frazier's ("Plaintiff") Complaint, pending the forthcoming motion to consolidate this action with a related action currently pending before the Court. In support, Baptist Health states as follows:

1.      On September 6, 2024, Plaintiff filed a putative class action complaint against Baptist Health in the Circuit Court of Pulaski County, Arkansas, Case No. 60CV-24-8301. On October 4, 2024, Plaintiff served Baptist Health with the Complaint.

2.      On October 31, 2024, Baptist Health removed this action to this Court. Dkt. No. 1.

3.      On December 5, 2024, the Court granted Baptist Health's Second Unopposed Motion for Extension of Time to Answer, Plead, or Otherwise Respond to the Complaint. Dkt. No. 14. As such, Baptist Health's deadline to respond to Plaintiff's Complaint is January 10, 2025.

4.      This putative class action arises out of an April 2024 data security incident where Baptist Health was the victim of unauthorized access to its IT environment (the "Incident").

5.      On November 6, 2024, a closely related action, arising out of the Incident, was filed in the Circuit Court of Lincoln County, Arkansas. On December 13, 2024, Baptist Health removed the related action, captioned *Chanta Ringo v. Baptist Health*; Case No. 4:24-cv-1097-BSM (the "*Ringo* Action"), to the Eastern District of Arkansas. No. 4:24-cv-1097-BSM, Dkt. No. 1.

6.      On December 13, 2024, Baptist Health filed Defendant's Notice of Related Case in the *Ringo* Action. No. 4:24-cv-01097-BSM, Dkt. No. 4.

7.      On December 19, 2024, the related *Ringo* Action was reassigned to this Court. No. 4:24-cv-01097-LPR, Dkt. No. 12.

8.      Counsel for Baptist Health has conferred with counsel in the related actions regarding coordination of the related cases, including conferred regarding consolidation of the cases, and the possibility for early dispute resolution of the related actions.

9.      Counsel for Baptist Health conferred with Plaintiff's counsel regarding this Motion to Stay, and Plaintiff's counsel does not oppose the relief requested herein.

10.     As such, Baptist Health respectfully requests that the Court stay the case proceedings, including Baptist Health's deadline to answer or otherwise respond to Plaintiff's Complaint until after the Court has ruled on the forthcoming motion to consolidate.

11.     Courts have inherent authority to stay litigation pending the outcome of a related proceeding. *See, e.g., Cottrell v. Duke*, 737 F.3d 1238, 1248 (8th Cir. 2013) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." (internal quotation marks and citation omitted)); *Handley v. Koninklijke Philips N.V.*, No. 4:22-

CV-00220 KGB, 2022 WL 822924, at *1 (E.D. Ark. Mar. 17, 2022) ("This Court may, in its discretion, stay proceedings before it pending resolution of a motion [to consolidate].").

12.    This Motion to Stay is not brought for purposes of delay, and will not prejudice either party.

13.    Further, a stay will promote efficiency and judicial economy, because if it is determined that consolidation is appropriate, plaintiffs in the related actions will file a single, amended consolidated complaint, thus mooting the current deadline to file a responsive pleading in this action.

14.    Based on the foregoing, there is good cause for staying case proceedings, and the limited duration requested by this Motion to Stay will not delay these proceedings or prejudice either party.

WHEREFORE, Baptist Health respectfully requests that the Court stay these proceedings until after the Court rules on the forthcoming motion to consolidate the related actions.

Respectfully submitted this 9th day of January, 2025.

Christopher A. Wiech (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Phone: (404) 459-0050
Fax: (404) 459-5734
Email: cwiech@bakerlaw.com

Keeley O. Cronin (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Phone: (303) 861-0660
Fax: (303) 861-7805
Email: kcronin@bakerlaw.com

Graham Talley, Ark. Bar No. 2015159
Adam D. Franks, Ark. Bar No. 2016124
**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: (501) 688-8800
Fax: (501) 688-8807
Email: gtalley@mwlaw.com
          afranks@mwlaw.com

*Counsel for Defendant Baptist Health d/b/a Baptist Health Medical Center – Drew County*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 9, 2025, I filed the foregoing with the Clerk of Court and

served the foregoing via electronic mail to the following:

Steve Rauls
EKSM, LLP
Kirkpatrick Plaza
10800 Financial Center Parkway, Suite 510
Little Rock, Arkansas 72211
Phone: (888) 350-3931
Fax: (888) 276-3455
Email: srauls@eksm.com

Leigh S. Montgomery
EKSM, LLP
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455
Email: lmontogomery@eksm.com

*Attorneys for Plaintiff and Proposed Class*