UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| Latanya Frazier, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Baptist Health,<br><br>Defendant. | Case No. 4:24-cv-00940-LPR |
| Chanta Ringo, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Baptist Health,<br><br>Defendant. | Case No.: 4:24-cv-01097-LPR |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO CONSOLIDATE ACTIONS, AND SET SCHEDULING DEADLINES**

This matter is before the Court on the Motion of Plaintiffs in the above captioned actions to consolidate the actions and set scheduling deadlines and permit the filing of a single consolidated complaint.

Having reviewed the Motion, the Memorandum in Support, and the Complaints in the above-captioned actions and having found that the cases involve some of the same issues of fact and law against the same Defendant, arise out of the same allegations regarding Defendant's failure to implement sufficient data security safeguards, and have proposed class definitions that will encompass many of the same persons, this Court finds that the cases have sufficient commonality of issues and parties to warrant consolidating the cases. This Court further finds that the benefits

1

of consolidation are not outweighed by any risk of prejudice or jury confusion. The effect of such consolidation will be judicial economy and preserving the Parties' resources, as well as avoiding disparate rulings in separate actions.

Accordingly, because this Court finds that the Related Actions have sufficient commonality of law and fact and does not increase the risk of an unfair outcome, and for good cause shown, the Motions are **GRANTED**. As such, the Court ORDERS the following:

### I.    Consolidation of the Related Actions.

The above-captioned actions shall be **CONSOLIDATED** for all purposes into the *Frazier v. Baptist Health*, Case No. 4:24-cv-00940-LPR, which is the lowest numbered case. All future pleadings, motions, briefs, and other papers shall be filed in the *Frazier v. Baptist Health*, Case No. 4:24-cv-00940-LPR which shall hereinafter be a Consolidated Action. The Clerk is DIRECTED to close *Ringo v. Baptist Health*, Case No. 4:24-cv-01097-LPR and the Court further orders that:

a) Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the forgoing shall be construed as a waiver of Defendant's right to object to consolidation of any subsequently-filed or transferred related action;

b) Plaintiffs consolidated class action complaint shall be filed within 30 days of the date of this order; and

c) Defendant shall file a response to the consolidated class action complaint within 45

days of the filing of the consolidated class action complaint, in the event that Defendant's response is a motion to dismiss, Plaintiffs shall have 30 days to file a response to the motion to dismiss, and Defendant shall have 30 days to file its reply in support of any motion to dismiss the consolidated class action complaint.

It is so **ORDERED**.

| | |
|---|---|
| Date | The Honorable Lee P. Rudofsky<br>United States District Judge |