# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| Latanya Frazier, *et al.*,<br><br>            Plaintiffs,<br><br>vs.<br><br>BAPTIST HEALTH d/b/a BAPTIST HEALTH MEDICAL CENTER – DREW COUNTY,<br><br>            Defendant. | CASE NO. 4:24-cv-00940-LPR |

## NOTICE OF SETTLEMENT

Defendant Baptist Health d/b/a Baptist Health Medical Center – Drew County ("Defendant") hereby provides notice that Defendant and Plaintiffs Latanya Frazier and Chanta Ringo ("Plaintiffs"), individually and on behalf of all others similarly situated (collectively, the "Parties"), have reached a settlement in principle in this matter.

The Parties are in the process of preparing and finalizing a written settlement agreement within the next forty-five days. The Parties therefore request that the Court stay or vacate all case deadlines, including the deadline for Defendant to answer or otherwise respond to Plaintiff's Consolidated Class Action Complaint.

Dated: June 13, 2025

Respectfully submitted,

Graham C. Talley, Ark. Bar No. 2015159
Adam D. Franks, Ark. Bar No. 2016124
**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC**
425 West Capitol Avenue, Suite 1900
Little Rock, AR 72201
gtalley@mwlaw.com
afranks@mwlaw.com

Christopher A. Wiech (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1170 Peachtree St. NE
Atlanta, GA 30309
cwiech@bakerlaw.com

Keeley O. Cronin (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
kcronin@bakerlaw.com

*Attorneys for Defendant Baptist Health*