UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **LATANYA FRAZIER and CHANTA RINGO,** *individually and on behalf of all others similarly situated*,<br><br>         **Plaintiffs,**<br><br>v.<br><br>**BAPTIST HEALTH d/b/a BAPTIST HEALTH MEDICAL CENTER – DREW COUNTY,**<br><br>         **Defendant.** | Case No.: 4:24-cv-00940-LPR |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Latanya Frazier and Chanta Ringo hereby voluntarily dismiss their claims in the above-captioned action without prejudice. Plaintiffs' voluntary dismissals do not affect the claims of the putative class.

DATED:  June 23, 2025          */s/ Sean Short*
Sean Short (AR Bar No. 2015079)
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, AR 72211
sean@sanfordlawfirm.com

Christopher D. Jennings (AR Bar No. 2006306)
**JENNINGS PLLC**
500 President Clinton Avenue, Suite 110
Little Rock, AR 72201
Tel: 501-255-8965
chris@jenningspllc.com

Jeff Ostrow (pro hac vice)
**KOPELOWITZ OSTROW, P.A.**
One West Las Olas Boulevard, Suite 500
Ft. Lauderdale, FL 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

Gary M. Klinger (pro hac vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866.252.0878
gklinger@milberg.com

Leigh S. Montgomery (pro hac vice)
**EKSM, LLP**
 4200 Montrose Blvd., Ste. 200
Houston, Texas 77006
Tel: (888) 350-3931
lmontgomery@eksm.com
Service only: eservice@eksm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF on this 23rd day of June, 2025.

By: */s/ Sean Short*
      SEAN SHORT